IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BETTY COX, | ( | |
| | ( | |
| Plaintiff, | ( | CIVIL ACTION |
| | ( | NO. 7:22-CV-00076 |
| v. | ( | |
| | ( | |
| WAL-MART STORES EAST, LP | ( | |
| and JOHN DOES NOS. 1-10, | ( | |
| | ( | |
| Defendants. | ( | |

## DEFENDANT'S PETITION FOR REMOVAL

Pursuant to 28 USC §1446, Defendant Wal-Mart Stores East, LP ("Wal-Mart") files this Petition for Removal in the United States District Court for the Middle District of Georgia, Valdosta Division, and evokes this Court's jurisdiction over the above-styled civil action on the following grounds:

1.

This personal injury action was commenced on June 23, 2022 by the filing of the original Summons and Complaint in the State Court of Tift County, Georgia, styled *Betty Cox v. Wal-Mart Stores East, LP and John Does Nos. 1-10*, Civil Action File No. 2022CT0173. Submitted herewith as **Exhibit A** are copies of all process and pleadings received by Defendant Wal-Mart in such action to date.

2.

Defendant Wal-Mart was served with with Plaintiff's Summons and Complaint on June 29, 2022. Defendant Wal-Mart filed its Answer and Defenses with the State Court of Tift County on July 29, 2022. (See **Exhibit B**, submitted herewith).

3.

Pursuant to 28 USC §1332, the United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4.

Walmart Stores East, LP is a Delaware limited liability partnership, of which WSE Management, LLC (a Delaware limited liability company) is the sole general partner and WSE Investment, LLC (a Delaware limited liability company) is the sole limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc., a Delaware corporation and Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Walmart Inc., a Delaware corporation. Wal-Mart Stores East, L.P.'s principal place of business is in Arkansas. As such, Wal-Mart Stores East, LP and none of its partners, none of its partners' members are citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter. (See **Exhibit C**, submitted herewith).

5.

Plaintiff's Complaint alleges that she was injured on December 1, 2020 when she tripped and fell while entering the Wal-Mart store located at 1830 US-82, Tifton, GA 31793. In connection with this claim, Plaintiff submitted a signed "Customer Incident Report" dated December 1, 2020 indicating that she resides at 165 Coy Cox Rd., Omega, GA 31775. (See **Exhibit D**, submitted herewith). Plaintiff and Defendant are residents of different States. Plaintiff's June 2022

Complaint makes no allegations which negate or change her signed confirmation that she is a Georgia resident.

6.

This Notice of Removal is timely filed, as Defendant was served with Plaintiff's Complaint on June 29, 2022. (28 USC §1446(b)).

7.

Plaintiff's Complaint alleges causes of action based on negligence, negligent hiring and retention of unsafe employee(s), and respondeat superior. (Exhibit A, Plaintiff's Complaint ¶¶ 9-10). Plaintiff alleges that on December 1, 2020, she fell when her foot was caught in a malfunctioning automatic door at the entrance of the Wal-Mart store in Tifton, Georgia and suffered bodily injuries resulting in medical expenses in excess of $80,000 as well as lost wages. (**Exhibit A**, Plaintiff's Complaint ¶¶ 4, 5, 7).

8.

Plaintiff's Complaint asserts claims for recovery of the above-referenced medical expenses, in addition to compensation for future medical expenses and past and future pain and suffering. (**Exhibit A**, Plaintiff's Complaint ¶11).

9.

Based on the foregoing, the amount in controversy, exclusive of interest and costs, is open-ended and potentially exceeds the sum of $75,000.

10.

This Court has jurisdiction over this matter pursuant to 28 USC §1332(a) because

complete diversity exists between the parties and the amount in controversy is open-ended and potentially exceeds $75,000.

11.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendant gives notice of such removal to Plaintiff.

WHEREFORE, Defendant prays that this Court recognize and exercise jurisdiction over this claim from the State Court of Tift County, Georgia, and that this action proceed as removed under this Court's jurisdiction pursuant 28 USC §1332.

Respectfully submitted, this 29th day of July, 2022.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

 /s/*Franklin T. Coleman, IV*
Franklin T. Coleman, IV
Georgia Bar No. 177580

*Attorneys for Defendant Walmart*

1604 W. Third Avenue
Albany, Georgia 31707
(229) 431-3036
colemanf@deflaw.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BETTY COX, ( | |
| ( | |
| Plaintiff, ( | CIVIL ACTION |
| ( | NO. 7:22-CV-00076 |
| v. ( | |
| ( | |
| WAL-MART STORES EAST, LP ( | |
| and JOHN DOES NOS. 1-10, ( | |
| ( | |
| Defendants. ( | |

### CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing ***Defendants' Notice of Removal*** on counsel of record via United States Mail, postage prepaid, by US mail and via the CM/ECF system, addressed to counsel of record as follows:

David Dozier
DOZIER LAW FIRM, LLC
235 W. Roosevelt Ave.
Suite 100
Albany, GA 31701

and via electronic mail.

This 29th day of July, 2022.

                                          **DREW ECKL & FARNHAM, LLP**

                                          /s/Franklin T. Coleman, IV
                                          Franklin T. Coleman, IV
                                          Georgia Bar No. 177580
                                          *Attorneys for Defendant Walmart*

1604 W. Third Avenue
Albany, Georgia 31707
(229) 431-3036
colemanf@deflaw.com