SHERIFF'S ENTRY OF SERVICE SC-85-2 CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. ______

Date Filed ______

Superior Court ☐ Magistrate Court ☐
State Court ☒ Probate Court ☐
Juvenile Court ☐

Georgia, Tift COUNTY

Billy Cox

Plaintiff

VS.

Attorney's Address

[illegible]

Name and Address of Party to be Served.

The Corporation Company
106 Colony Park Drive Ste. 800-B
Cumming, GA 30040

[illegible] 1-10

Defendant

Garnishee

SHERIFF'S ENTRY OF SERVICE

PERSONAL

☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

NOTORIOUS

☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ______ described as follows: age, about ______ years; weight ______ pounds; height, about ______ feet and ______ inches, domiciled at the residence of defendant.

CORPORATION

☒ Served the defendant The Corporation Company a corporation by leaving a copy of the within action and summons with Nanscer Walker in charge of the office and place of doing business of said Corporation in this County.

TACK & MAIL

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST

☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This 29 day of [illegible], 20 22.

1803

DEPUTY

SHERIFF DOCKET ______ PAGE ______

WHITE-CLERK CANARY-PLAINTIFF PINK-DEFENDANT

# STATE COURT OF TIFT COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
TIFT COUNTY, GEORGIA
2022CT0173
JUN 23, 2022 11:48 AM
Clay Pate, Clerk
Tift County, Georgia

CIVIL ACTION NUMBER 2022CT0173

Cox, Betty

**PLAINTIFF**

**VS.**

Wal-Mart Stores East, LP

**DEFENDANT**

**SUMMONS**

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**David Dozier**
**Dozier Law Firm**
**487 Cherry Street**
**Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of June, 2022.**

Clerk of State Court

Clay Pate, Clerk
Tift County, Georgia

EFILED IN OFFICE
CLERK OF STATE COURT
TIFT COUNTY, GEORGIA
2022CT0173
JUN 23, 2022 11:48 AM
Clay Pate, Clerk
Tift County, Georgia

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of Tift County

**For Clerk Use Only**

**Date Filed** 06-23-2022 (MM-DD-YYYY) **Case Number** 2022CT0173

| Plaintiff(s) | | | | | Defendant(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cox, Betty | | | | | Wal-Mart Stores East, LP | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Dozier, David **Bar Number** 228898 **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

Case Number ______ Case Number ______

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

______ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

EFILED IN OFFICE
CLERK OF STATE COURT
TIFT COUNTY, GEORGIA
2022CT0173
JUN 23, 2022 11:48 AM
Clay Pate, Clerk
Tift County, Georgia

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

BETTY COX,

Plaintiff,

v.

WAL-MART STORES EAST, LP, and JOHN DOES NOS. 1-10,

Defendants.

Civil Action No. ________________

**ORIGINAL COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff Betty Cox, by and through her undersigned attorneys of record, and hereby files this Complaint for Damages, respectfully showing the following:

1.

The Defendant Wal-Mart Stores East, LP (hereinafter "Wal-Mart") is a foreign profit corporation that maintains its principle office address and registered agent in Forsyth County, Georgia; however, it is subject to the venue and jurisdiction of this Court, pursuant to O.C.G.A. § 14-2-510.

2.

The Defendant John Does Nos. 1-10, at all times relevant to this Complaint for Damages, was and is a manager, employee, and/or agent of the Defendant Wal-Mart, subjecting him to the jurisdiction and venue of this Court as a joint tortfeasor.

3.

The Defendant Wal-Mart owns and/or operates the retail store and premises located 1830 US-82 W, Tifton, GA 31793 (hereinafter "subject premises").

4.

On or about December 1, 2020, the Plaintiff, as an invitee, tripped and fell after her foot was caught in a malfunctioning automatic door at the entrance of the subject premises due to the negligence of the Defendant Wal-Mart and John Does Nos. 1-10.

5.

The Defendant John Does Nos. 1-10, a manager, employee, and/or agent of the Defendant Wal-Mart, was negligent, as pled in ¶4, by leaving a hazardous door operational in the entrance of a commercial retail store, by failing to provide sufficient warning of the subject dangerous defect, by failing to discover and remove the hazardous door, and by failing to use ordinary care in preventing hazardous conditions that could result in such a trip and/or fall.

6.

The Defendant Wal-Mart, the owner and/or operator of the subject premises, was negligent, as pled in ¶4, by leaving a hazardous door operational in the entrance of a commercial retail store, by failing to provide sufficient warning of the subject dangerous defect, by failing to discover and remove the hazardous door, and by failing to use ordinary care in preventing hazardous conditions that could result in such a trip and/or fall, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

7.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was seriously injured, incurring medical expenses in excess of $80,000.00, as well as lost wages in excess of $1.00.

8.

In addition to ¶7, the Plaintiff has endured and will continue to endure pain and suffering.

9.

The Plaintiff has a cause of action against the Defendant John Does Nos. 1-10 for negligence and all other applicable theories of liability.

10.

The Plaintiff has a cause of action against the Defendant Wal-Mart for negligence, negligent hiring and retention of an unsafe employee(s), *respondeat superior*, and all other applicable theories of liability.

11.

The Plaintiff is entitled to recover from the Defendants for her past and future medical expenses, lost wages, past and future pain and suffering, and all other Damages permitted by Law.

WHEREFORE, Plaintiff prays that she have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

Respectfully submitted this 23rd day of June 2022.

*/s/ David Dozier*
DAVID DOZIER
GA Bar No. 228898

THE DOZIER LAW FIRM, LLC
487 Cherry Street
PO Box 13
Macon, GA 31202-0013
(478) 742-8441
david@dozierlaw.com

**PLEASE HAVE THE SHERIFF SERVE THE DEFENDANT AT THE FOLLOWING:**

Wal-Mart Stores East, LP
Registered Agent:
The Corporation Company
106 Colony Park Drive Ste. 800-B,
Cumming, GA, 30040-2794, USA