IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BETTY COX, | ( |
| Plaintiff, | ( CIVIL ACTION |
| | ( NO. 7:22-CV-00076 |
| v. | ( |
| WAL-MART STORES EAST, LP and JOHN DOES NOS. 1-10, | ( |
| Defendants. | ( |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Betty Cox ("Plaintiff") and Defendant Walmart Stores East, LP ("Defendant"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendants agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 29th day of March, 2024.

/s/David Dozier
David Dozier
GA Bar No. 228898

Dozier Law Firm, LLC
487 Cherry Street
Macon, GA 31201
Tel: (478) 742-8441
david@dozierlaw.com

*Counsel for Plaintiff*

/s/ Franklin T. Coleman, IV
Michael L. Miller
Georgia Bar No. 508011
Franklin T. Coleman, IV
GA Bar No. 177580

Drew Eckl Farnham
303 Peachtree St, NE
Atlanta, GA 30308
(404) 885-1400
millerm@deflaw.com
colemanf@deflaw.com

*Counsel for Defendants*

SO ORDERED this 1st day of April, 2024.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

Respectfully submitted, this 29th day of March, 2024

*/s/ Franklin T. Coleman, IV*
Franklin T. Coleman, IV
GA Bar No. 177580

Drew Eckl & Farnham, LLP
1604 W. Third Avenue
Albany, GA 31707
Tel.: (229) 431-3036
colemanf@deflaw.com