IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BETTY COX, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-76 (WLS) |
| | * |
| WALMART STORES EAST LP, et al., | * |
| Defendants. | * |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated April 1, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of April, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk